[No. 45101-8-II.   Division Two.   February 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SOPHIA F. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00723-5, Thomas P. Larkin, J., entered June 27, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 45109-3-II.   Division Two.   February 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE MANSON ST. OURS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01217-2, Gerald T. Costello, J., entered July 12, 2013. *Reversed* and *remanded* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Lee, JJ.

[No. 45120-4-II.   Division Two.   February 24, 2015.]

*In the Matter of the Detention of* MARK ROBINSON.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-2-00565-4, James W. Lawler, J., entered July 5, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Lee, J.

[No. 45146-8-II.   Division Two.   February 24, 2015.]

*In the Matter of the Marriage of* BRETT CLYDE BIRCH, *Appellant*, and VICKEY ANN BIRCH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-3-04527-6, Vicki L. Hogan, J., entered June 20, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Worswick, J.